■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN WALSH, Appellant. [869 NYS2d 910]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 24, 2001 (*People v Walsh,* 289 AD2d 517 [2001]), affirming a judgment of the Supreme Court, Kings County, rendered August 3, 2000.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Santucci and Miller, JJ., concur.